## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

### **JUDGMENT IN A CIVIL CASE**

**EDWARD LLOYD ZEILNHOFER,**
      **Plaintiff,**

vs.                                      5:24-cv-10 (MAD/TWD)

**COMMISSIONER OF SOCIAL SECURITY,**
      **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is **REVERSED and REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42, U.S.C. § 405(g), and it is further **ORDERED** that the within matter, be and hereby is, **DISMISSED** all pursuant to the Stipulation for Remand entered by the Honorable Judge Mae A. D'Agostino on the 3rd day of September, 2024.

DATED: September 3, 2024

*[signature]*
Clerk of Court

                                      s/Britney Norton
                                      Britney Norton
                                      Deputy Clerk